HOLBROOK v MICHIGAN STATE INDUSTRIES. (Docket No. 58006.) Leave to appeal is considered and, it appearing to this Court that the case of *Thomas v State Highway Department* (Docket No. 55185) is presently pending on appeal before this Court and that the decision in that case may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in that case. *Lopatin, Miller, Bindes & Freedman* for plaintiff-appellant. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *George M. Elworth,* Assistant Attorney General, for defendants-appellees. Case below, Court of Appeals No. 26367, order of January 5, 1976.

JULY 8, 1976

OGDEN v STATE BAR GRIEVANCE BOARD. (Docket No. 57881.) Petitioner's complaint for mandamus against the State Bar Grievance Board is considered and the same is dismissed for lack of merit in the grounds presented. The motion for production of the report of the Board's investigator is considered, and the same is denied. Jack Ogden and Patricia Ogden, *in propris personis,* petitioners. *Louis Rosenzweig* for respondent.

PEOPLE v REED. (Docket No. 57689.) Request for appointment of counsel denied. Roger Reed, *in propria persona,* appellant. Case below, Court of Appeals No. 19932.

PEOPLE v DURDEN. (Docket No. 57697.) Request for appointment of counsel denied. Leo Durden, Jr., *in propria persona,* appellant. Case below, Court of Appeals No. 21554.

PEOPLE v TREADWELL. (Docket No. 57956.) Request for appointment of counsel denied. Robert L. Treadwell, *in propria persona,* appellant. Reported below: 63 Mich App 299.